UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN L. HICKS,

    Plaintiff,

-vs-                                    CASE NO.: 8:17-cv-01078-SDM-JSS

MERCHANTS' CHOICE PAYMENT
SOLUTIONS OF FLORIDA, LLC, a
foreign limited liability company,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, KAREN L. HICKS, by and through her undersigned counsel, hereby submit this Notice of Pending Settlement and state that Plaintiff and Defendant MERCHANTS' CHOICE PAYMENT SOLUTIONS OF FLORIDA, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERIVCE

I HEREBY CERTIFY that on this 25th day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                                        /s/David P. Mitchell
                                                        David P. Mitchell, Esq.
                                                        Florida Bar No. 067249
                                                        MANEY & GORDON, P.A.
                                                        101 East Kennedy Blvd., Suite 3170
                                                        Tampa, Florida 33602
                                                        Telephone: (813) 221-1366
                                                        Fax: (813) 223-5920
                                                        David@MitchellConsumerLaw.com
                                                       Karin@MitchellConsumerLaw.com
                                                       Counsel for Plaintiff